NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA MANAGEMENT CO., SHARKNINJA SALES COMPANY, EP MIDCO LLC,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2023-2162

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1252.

---

**ON MOTION**

---

Before DYK, WALLACH, and CHEN, *Circuit Judges*.

PER CURIAM.

### O R D E R

The parties jointly move to stay this appeal until July 24, 2024, when the only patent at issue will expire, and then dismiss this appeal as moot, vacate the

International Trade Commission (ITC)'s final determination, and remand with instructions to dismiss this portion of the complaint as moot. The complainant and patentee, iRobot Corporation, has not sought leave to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that this appeal is stayed until July 24, 2024.

(2) On July 25, 2024, the Clerk of Court is directed to issue an order, which will constitute the mandate, dismissing this appeal and remanding the case back to the ITC to enable it to vacate its final determination and dismiss the relevant portion of the complaint consistent with the parties' motion.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 22, 2024
Date